| | |
|---|---|
| 1 | GALATEA DeLAPP |
| 2 | State Bar #181581 |
| 2 | 1541 E Fairmont Avenue #104 |
| | Fresno, CA 93704 |
| 3 | Telephone: (559) 803-0471 |
| 4 | |
| 5 | Attorney for Defendant |
| | Sharika Gaines |

FILED

APR 1 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-cr-0073 |
|---|---|
| Plaintiff, | ) |
| v. | ) **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREON** |
| ELIVA SANCHEZ, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, ELIVA SANCHEZ, having being advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, GALATEA DeLAPP, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

///

///

| | |
|---|---|
| DATED: April 10, 2018 | /s/ *Elvia Sanchez*<br>ELVIA SANCHEZ |
| DATED: April 10, 2018 | /s/ *GALATEA DeLAPP*<br>GALATEA DeLAPP<br>Attorney for ELVIA SANCHEZ |

# ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

DATED: April 10, 2018

*E. P. G.*

United States District Court
Eastern District of California